Jonathan [illegible] 38[illegible]889
BRSF Sal 131
4460 Broad River Rd
Columbia, SC 29210

COLUMBIA SC 290
22 SEP 2026 PM 3

US POSTAGE PITNEY BOWES
ZIP 29210 $ 000.78⁰
02 4W
0000378366 SEP 2026

RECEIVED
USDC CLERK, COLUMBIA, SC
2026 SEP 24 A 11:38

Clerk of Court
901 Richland St
Columbia, SC 29210

LEGAL MAIL

29201-232801

9/24/26

ITEM X-RAYED BY
USMS
Signature Date

CENSORED ...
DOES NOT ASSUME RE... FOR ITS CONT...

BROADRIVER CORRECTIONAL INSTITU...
S.C. DEPARTMENT OF CORRECTIONS